UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NOEL CLARK,

Plaintiff,

v. Case No.: 2:26-cv-2227-SPC-KRH

JUDGE PACHEO and JORDAN ZOELLNER,

Defendants.

---

**OPINION AND ORDER**

Before the Court is pro se Plaintiff Noel Clark's Notice of Removal. (Doc. 1). Plaintiff initiated this action in state court but now seeks to remove it here. But the federal removal statute permits removal only "by the *defendant* or the *defendants*" in an action, not a plaintiff. 28 U.S.C. § 1441(a) (emphasis added); *Williams v. Pinellas Park Elementary Sch.*, No. 8:21-CV-1559-CEH-SPF, 2021 WL 4847703, at *1 (M.D. Fla. Sept. 30, 2021), *report and recommendation adopted*, 2021 WL 4846231 (Oct. 18, 2021) ("No statutory authority allows a plaintiff, the party that initiated litigation in the state forum, to remove her own action to federal court."). Indeed, the Court already told Plaintiff all of this when remanding another one of his removed cases two months ago. *See Clark v. McHuff*, No. 2:26-CV-1420-SPC-NPM, 2026 WL 1199338, at *1 (M.D. Fla. May 1, 2026).

Accordingly, it is now

**ORDERED:**

1. This action is **REMANDED** to the Twentieth Judicial Circuit in and for Lee County, Florida.

2. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Twentieth Judicial Circuit in and for Lee County, Florida with respect to Case No. 26-CC-4957.

3. The Clerk is **DIRECTED** to deny any pending motions as moot, terminate any deadlines, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida on July 29, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record